WARD *et al. v.* SHACKELFORD.

This case being for decision by the entire court of six Justices, Beck, P. J., and Hill and Hines, JJ., being for an affirmance of the judgment of the court below, and Russell, C. J., and Atkinson and Gilbert, JJ., being for reversal, the judgment of the court below stands affirmed by operation of law.

*Tutt & Brown* and *Homer Legg,* for plaintiffs in error.

